IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROBERT JACKSON, | : | |
| :--- | :--- | :--- |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 13-4872 |
| PHILADELPHIA HOUSING | : | |
| AUTHORITY, GEORGE JOHNSON, | : | |
| GEORGE SAMBUCA, CITY OF | : | |
| PHILADELPHIA, and JOHN DOES 1-10, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *28th* day of *May*, 2015, upon consideration of the Motion for Summary Judgment by Defendants Philadelphia Housing Authority, George Johnson, and George Sambuca (collectively "Defendants") (Docket No. 38), Plaintiff Robert Jackson's Response (Docket No. 45), Defendants' Reply Brief (Docket No. 49), and Plaintiff's Sur-reply Brief (Docket No. 50), it is **HEREBY ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on the entirety of the Amended Complaint.

This case is **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.